UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME N. SCOTT,<br><br>       Petitioner,<br><br>       v.<br><br>GARY SANDOR, Warden,<br><br>       Respondent. | NO. EDCV 09-1005-GAF(CT)<br><br>MEMORANDUM AND ORDER<br>DISMISSING PETITION FOR<br>WRIT OF HABEAS CORPUS<br>WITHOUT PREJUDICE |

On May 27, 2009, Jerome N. Scott ("petitioner"), a prisoner in California custody and proceeding pro se, filed a federal petition for writ of habeas corpus. He concurrently filed a request to stay the federal petition and hold it in abeyance pending exhaustion of potentially dispositive issues in state court.

On June 4, 2009, the court issued an order denying petitioner's request for a stay and granting him leave to file a first amended petition asserting only exhausted grounds for relief.

On July 23, 2009, petitioner filed a motion to dismiss his petition without prejudice so that he could return to state court and properly exhaust his state remedies with respect to all of his federal grounds. Respondent has not yet filed an answer or other response to the

petition.

Accordingly, petitioner's motion to dismiss his petition without prejudice is **GRANTED**, see Fed.R.Civ.P. 41(a), and **IT IS ORDERED THAT** the federal petition be **DISMISSED WITHOUT PREJUDICE** and the reference to the magistrate judge be **VACATED**.

As petitioner was previously advised, any subsequent federal habeas petition he files will be subject to the applicable one-year limitations period. See 28 U.S.C. §§ 2244 (d) (1), (2).

**IT IS SO ORDERED**.

DATE:   August 4, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

2