UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME N. SCOTT, | ) | NO. EDCV 09-1005-GAF(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| GARY SANDOR, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

   Pursuant to petitioner's motion for dismissal of his federal petition without prejudice in order to exhaust his state remedies, the court has ordered that the petition be dismissed without prejudice.

   ACCORDINGLY, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.


DATE:   August 4, 2009


                                    _____
                                    GARY A. FEESS
                                    UNITED STATES DISTRICT JUDGE